**Jerome FRANKS, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

No. 593, 2015

Supreme Court of Delaware.

Submitted: November 25, 2015

Decided: January 11, 2016

AFFIRMED.